## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS, LLC AND FLAMEL IRELAND LIMITED,<br><br>                Plaintiffs,<br><br>   v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>                Defendants. | C.A. No. 24-1384-GBW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Avadel CNS Pharmaceuticals, LLC and Flamel Ireland Limited ("Plaintiffs") hereby give notice by and through their attorneys that all claims in the above-captioned action are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: January 3, 2025

OF COUNSEL:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Manuela Burek
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

Herman H. Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Avadel Pharmaceuticals, Inc.* and
*Flamel Ireland Limited*

ME1 51614048v.1

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, D.C. 20004
(202) 637-2200

Daralyn J. Durie
Adam R. Brausa
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200

2

ME1 51614048v.1